STEPHEN KISS, APPELLANT, v. JOHN AMBROSE, RESPONDENT.

Submitted December 11, 1922—Decided February 2, 1923.

On appeal from the Supreme Court, whose opinion is reported in 97 *N. J. L.* 442.

For the appellant, *Emil J. Hoos.*

For the respondent, *Kalteissen & Danberry.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WILLIAMS, GARDNER, VAN BUSKIRK, JJ. 10.

*For reversal*—None.